United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ARLETTY OLIVIA-LABRADA, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. H-26-570 |
| vs. § | |
| § | |
| KRISTI NOEM, Secretary of the U.S. § | |
| Department of Homeland Security, *et al.*, § | |
| § | |
| Respondents. § | |
| § | |

**ORDER**

The petitioner, Arletty Olivia-Labrada, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Houston Contract Detention Facility. Through counsel, she has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging her continued detention. (Docket Entry No. 1). Olivia-Labrada has filed an unopposed motion for leave to file an amended petition for writ of habeas corpus. (Docket Entry No. 8). The motion (Docket Entry No. 8) is **granted**. Any amended petition must be filed by **April 3, 2026**. The respondents must file an answer or other appropriate responsive pleading to any amended petition by **April 10, 2026**. The rest of the instructions contained in the court's Order of January 26, 2026 (Docket Entry No. 4) continue to apply to this case.

SIGNED on March 23, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge